TORRES, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY H. REEVES,

                Plaintiff,

v.

LABOR READY NORTHEAST INC.,

                Defendant.

No. 11-Civ-8522 (AT)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Anthony H. Reeves, appearing *pro se*, and defendant LABOR READY NORTHEAST INC., through its counsel, that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), this action is dismissed, with prejudice, with each party to bear their own costs and fees.

DATED: December 10, 2013

By: _____
Anthony H. Reeves
1400 East NY Avenue
Apt. 11A
Brooklyn, New York 11212
*Pro se plaintiff*

NIXON PEABODY LLP

By: _____
Thomas M. Mealiffe, Esq.
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Tel: 516-832-7500
Email: tmealiffe@nixonpeabody.com
*Attorneys for Defendant, Labor Ready Northeast, Inc*

Anthony Reeves is

Sworn to and subscribed before me this 10 day of Dec 20 13

FELICITA MARTINEZ
NOTARY PUBLIC OF NEW JERSEY
ID # 2377890
My Commission Expires 9/16/15

SO ORDERED.
Dated: February 13, 2014
New York, New York

_____
ANALISA TORRES
United States District Judge